1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11

12

13

| CLAUDIA KING; DAVID KING; and C.K.,minor, by and through his Guardians ad Litem, CLAUDIA KING and DAVID KING | ) | Case No. CV 12-3878-ABC (SPx) |
|---|---|---|
| | ) | Complaint Filed: May 3, 2012 |
| | ) | |

Plaintiff,

14

v.

15

CORONA-NORCO UNIFIED SCHOOL
DISTRICT; STEVEN CASE; JESSICA

16

JOHNSON; MATTHEW VANVOORST;

17

WORLDSTRIDES; and DOES through
100, inclusive,

18

Defendant.

19

_____

) **PROTECTIVE ORDER**

) Judge: Hon. Audrey B. Collins

) **[NOTE CHANGES MADE BY
) THE COURT]**

20

21

Plaintiffs CLAUDIA KING; DAVID KING; and C.K., minor, by and

22

through his Guardians ad Litem, CLAUDIA KING and DAVID KING, and

23

Defendants CORONA-NORCO UNIFIED SCHOOL DISTRICT; STEVEN

24

CASE; JESSICA JOHNSON; MATTHEW VANVOORST; and

25

WORLDSTRIDES by and through their respective counsel of record, jointly

26

moved for a protective order regarding records maintained by Plaintiffs.

27

Good cause appearing, IT IS HEREBY ORDERED:

28

In response to Defendants' request for documents pertaining to minor, C.K.,

1  regarding his medical conditions, disabilities, and medical treatment, Plaintiffs
2  shall produce to Defendants all responsive documents.  Defendants and their
3  attorneys of record may use such records only for the purpose of pursuing their
4  defenses in this litigation, and shall not show or disseminate any such records to
5  others except to the extent necessary to pursue such claims, as set forth in the
6  parties' Joint Motion for a Protective Order (the "Stipulation").  If the parties in
7  this case file with the Court any confidential medical records or deposition
8  testimony protected by the Stipulation and this Order, or file any papers containing
9  information from those medical records or other medical information about
10  Plaintiff C.K. obtained through discovery, the filing party shall apply to file the
11  medical records or other papers under seal, in accordance with Local Rule 79-5.1,
12  with a notation that those medical records or other papers are confidential and
13  shall not be disclosed to anyone other than Court personnel.
14        Within forty-five (45) days after the conclusion of this action (including any
15  appeal), Defendants' counsel of record shall provide written certification to
16  Plaintiffs' counsel of record that they have either destroyed all records produced
17  pursuant to this Order, as well as all copies thereof, or returned all such records
18  and copies to Plaintiffs' counsel of record.

19

20  Dated: January 28, 2013

                                    /s/ Sheri Pym
21                             _____
                                    Hon. SHERI PYM
22                                  United States Magistrate Judge

23

24

25

26

27

28