1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CLAUDIA KING; DAVID KING; and
C.K.,minor, by and through his Guardians
ad Litem, CLAUDIA KING and
DAVID KING

    Plaintiff,

  v.

CORONA-NORCO UNIFIED SCHOOL
DISTRICT; STEVEN CASE; JESSICA
JOHNSON; MATTHEW VANVOORST;
WORLDSTRIDES; and DOES through
100, inclusive,

    Defendant.

 ) Case No. CV 12-3878-ABC (SPx)
 )
 ) Complaint Filed: May 3, 2012
 )
 )
 )
 ) **PROTECTIVE ORDER**
 )
 ) Judge: Hon. Audrey B. Collins
 )
 )
 ) **[NOTE CHANGES MADE BY**
 ) **THE COURT]**
 )
 )
 )

   Plaintiffs CLAUDIA KING; DAVID KING; and C.K., minor, by and through his Guardians ad Litem, CLAUDIA KING and DAVID KING, and Defendants CORONA-NORCO UNIFIED SCHOOL DISTRICT; STEVEN CASE; JESSICA JOHNSON; MATTHEW VANVOORST; and WORLDSTRIDES by and through their respective counsel of record, jointly moved for a protective order regarding records maintained by Plaintiffs.

   Good cause appearing, IT IS HEREBY ORDERED:

   In response to Defendants' request for documents pertaining to minor, C.K.,

regarding his medical conditions, disabilities, and medical treatment, Plaintiffs shall produce to Defendants all responsive documents.  Defendants and their attorneys of record may use such records only for the purpose of pursuing their defenses in this litigation, and shall not show or disseminate any such records to others except to the extent necessary to pursue such claims, as set forth in the parties' Joint Motion for a Protective Order (the "Stipulation").  If the parties in this case file with the Court any confidential medical records or deposition testimony protected by the Stipulation and this Order, or file any papers containing information from those medical records or other medical information about Plaintiff C.K. obtained through discovery, the filing party shall apply to file the medical records or other papers under seal, in accordance with Local Rule 79-5.1, with a notation that those medical records or other papers are confidential and shall not be disclosed to anyone other than Court personnel.

Within forty-five (45) days after the conclusion of this action (including any appeal), Defendants' counsel of record shall provide written certification to Plaintiffs' counsel of record that they have either destroyed all records produced pursuant to this Order, as well as all copies thereof, or returned all such records and copies to Plaintiffs' counsel of record.

Dated: January 28, 2013

/s/ Sheri Pym

Hon. SHERI PYM
United States Magistrate Judge